UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of:<br>Loves Furniture, Inc.<br><br>    Debtor.<br>_____/ | Chapter 11<br>Case No. 21-40083 |
| MICHAEL A. STEVENSON,<br>not individually but solely in his capacity<br>as Liquidation Trustee of the LFI<br>Liquidation Trust,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>JEFF LOVE, US ASSETS, INC.,<br>JAMES DAVID AARANT,<br>T&L FINANCIAL, INC., DEL ROY<br>FUNDS LP, TJKZ CONSTRUCTION<br>LLC, US ASSETS ACQUISITION, LLC,<br>US PETZ, INC., WHITE OAK<br>STATION, LLC, US REALTY CO.,<br>and US C-STORE OPERATIONS, LLC,<br><br>    Defendants/Counter-Plaintiffs.<br>_____/ | Adv. Pro. No. 22-04050<br>Judge Thomas J. Tucker |

## ORDER EXTENDING CERTAIN DEADLINES
## IN THE SCHEDULING ORDER, AND ADJOURNING THE FINAL
## PRETRIAL CONFERENCE AND TRIAL DATES

Based on the stipulation of the parties, filed February 9, 2023 (Docket # 106),

the Court finds good cause to enter this Order.

IT IS ORDERED that the operative Scheduling Order in this Adversary Proceeding (Docket # 30), is amended to reflect the following extended deadlines:

(a) All fact discovery must be commenced in time to be completed by September 13, 2023.

(b) Reports from any retained experts under Rule 26(a)(2) are due to be served:

By Plaintiff no later than October 12, 2023;

By Defendants no later than October 12, 2023.

(c) Rebuttal expert reports by Plaintiff and Defendants are due to be served no later than November 10, 2023.

(d) All expert discovery, including any depositions of experts, must be completed by December 8, 2023.

(e) All potentially dispositive motions must be filed no later than January 8, 2024.

(f) Any motion to strike a jury demand must be filed no later than January 8, 2024.

IT IS FURTHER ORDERED that the final pretrial conference, currently scheduled for August 21, 2023 at 9:00 a.m., is adjourned to **February 5, 2024 at 10:00 a.m.**

IT IS FURTHER ORDERED that the trial of this adversary proceeding, currently scheduled for September 12, 2023 at 9:00 a.m., is adjourned to **February 27, 2024 at 9:00 a.m.**

**Signed on February 9, 2023**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge